Randall T. Garteiser (CA State Bar No. 231821)
    rgarteiser@ghiplaw.com
Christopher A. Honea (CA State Bar No. 232473)
    chonea@ghiplaw.com
GARTEISER HONEA–IP TRIAL BOUTIQUE
95 Third St., San Francisco, CA  94103
119 W Ferguson, Tyler, TX  75702
Tel: 888-908-4400

**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SAMSARA, INC.,**<br><br>**Defendant.** | Case No. **3:22-cv-08297-VC**<br><br>**JOINT STIPULATION TO STAY ALL PENDING MOTIONS, ACTIONS AND DEADLINES, AND NOTICE OF SETTLEMENT** |

Pursuant to L.R. 7-12, Plaintiff Rothschild Broadcast Distribution Systems, LLC and Defendant Samsara, Inc. (collectively "the Parties") respectfully notify the Court that the Parties have reached a settlement in principle.

The Parties also respectfully request that the Court stay all pending motions, actions and deadlines for twenty-eight (28) days, up to and including April 28, 2023, while the Parties finalize their resolution of this lawsuit, including the submission of a Motion to Dismiss. The requested stay is not for delay, but only to allow for an orderly resolution of this lawsuit.

Dated: March 31, 2023

Respectfully submitted,

*/s/ Randall Garteiser*
Randall Garteiser
   California Bar No. 231821
   rgarteiser@ghiplaw.com
Christopher Honea
   California Bar No. 232473
   chonea@ghiplaw.com

GARTEISER HONEA, PLLC
95 Third Street, Floor 2
San Francisco, CA 94107-4226
Telephone: (415) 785-3762

ATTORNEYS FOR PLAINTIFF

*/s/ Andrew S. Ong*
ANDREW S. ONG (SBN 267889)
*aong@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/ Randall T. Garteiser*
Randall T. Garteiser