Randall T. Garteiser (CA State Bar No. 231821)
    rgarteiser@ghiplaw.com
Christopher A. Honea (CA State Bar No. 232473)
    chonea@ghiplaw.com
GARTEISER HONEA–IP TRIAL BOUTIQUE
95 Third St., San Francisco, CA  94103
119 W Ferguson, Tyler, TX  75702
Tel: 888-908-4400

**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SAMSARA, INC.,**<br><br>**Defendant.** | **Case No. 3:22-cv-08297-VC**<br><br>**REQUEST TO REINSTATE CASE** |

Pursuant to this Court's Order of Dismissal (Dkt. No. 17), Plaintiff Rothschild Broadcast Distribution Systems, LLC respectfully requests reinstatement of this Case.

The Parties have not yet finalized and executed a settlement agreement, but expect to do so within the next 21 days, at which time the Parties will submit a Motion to Dismiss.

| | |
|---|---|
| Dated: June 5, 2023 | Respectfully submitted,<br><br>*/s/ Randall Garteiser*<br>Randall Garteiser<br>    California Bar No. 231821<br>    rgarteiser@ghiplaw.com<br>Christopher Honea<br>    California Bar No. 232473<br>    chonea@ghiplaw.com<br><br>GARTEISER HONEA, PLLC<br>95 Third Street, Floor 2<br>San Francisco, CA  94107-4226<br>Telephone: (415) 785-3762<br><br>ATTORNEYS FOR PLAINTIFF |

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2023, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/ Randall T. Garteiser*
Randall T. Garteiser