ANDREW S. ONG (SBN 267889)
*aong@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

SRIKANTH REDDY*
*sreddy@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, Massachusetts 02210
Tel.:  +1 617 570 1000

*Attorneys for Defendant Samsara Inc.*

* Pro hac vice application to be filed

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSARA, INC.,<br><br>Defendant. | Case No. 3:22-cv-08297-VC<br><br>**DEFENDANT SAMSARA INC.'S RESPONSE TO PLAINTIFF'S REQUEST TO REINSTATE CASE**<br><br>Judge:     Hon. Vince Chhabria |

Defendant Samsara Inc. ("Samsara") respectfully submits its response to the Request to Reinstate Case (Dkt. No. 18) filed by Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Rothschild") on June 5, 2023. Rather than reinstating the case, Samsara respectfully requests that the case stay dismissed and that the Court extend the deadline by which the parties can request to reopen the action (Dkt. No. 16) a further 21 days. As Rothschild notes in its Request, "[t]he parties have not yet finalized and executed a settlement agreement, but expect to do so within the next 21 days." Dkt. No. 18. Accordingly, extending the deadline by which the parties can request to reopen the action while keeping the case dismissed best preserves the Court's resources with no prejudice to any party.

The parties have been working diligently to finalize a definitive settlement agreement and neither side has delayed unduly in attempting to resolve the case. The Court entered its Order of Dismissal on April 5, 2023. Dkt. No. 16. On April 16, 2023, Samsara provided its proposed modifications to a draft settlement agreement provided by Rothschild. The parties spoke on April 28, 2023 in an effort to resolve the outstanding differences in the draft settlement agreement. On May 23, 2023, Rothschild provided a further revised draft settlement agreement to which Samsara responded on June 2, 2023. Rothschild filed its Request to Reinstate the Case on June 5, 2023.

Dated: June 6, 2023

Respectfully submitted,

By: /s/ *Andrew S. Ong*
Andrew S. Ong
Srikanth Reddy
GOODWIN PROCTER LLP

*Attorneys for Defendant Samsara Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on June 6, 2023. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on June 6, 2023 in San Francisco, California.

/s/ *Andrew S. Ong*
Andrew S. Ong